IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| ERIC J. RHODES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 3:11-0714 |
| | ) | Judge Trauger |
| GAP, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**O R D E R**

It is hereby **ORDERED** that the initial case management conference scheduled for October 24, 2011 at 2:30 p.m. is hereby **RESET** for the same day at 10:00 a.m.

It is so **ORDERED**.

ENTER this 2nd day of September 2011.

_____
ALETA A. TRAUGER
U.S. District Judge