IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| ERIC J. RHODES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 3:11-CV-714 |
| v. | ) | |
| | ) | Judge Trauger |
| GAP, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**AGREED ORDER OF DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41, it is hereby stipulated by the parties that the above-entitled action be discontinued and dismissed with prejudice. The parties each agree to pay their own respective attorneys' fees and costs incurred in this cause. Accordingly, it is hereby

ORDERED, ADJUDGED and DECREED that this action is dismissed with prejudice. Each party will pay their own respective attorneys' fees and costs. The Court retains jurisdiction to enforce the parties' agreement if necessary.

ENTERED:

_____
United States District Judge